IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-237-MR-DCK

| | |
|---|---|
| CONRAD PUCKETT, Individually and as Representative of the Estate of DELORES PUCKETT, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER HEALTHCARE LLC, and BAYER HEALTHCARE A.G.,<br><br>    Defendants. | **ORDER** |

Upon consideration of the Joint Motion to Substitute Bayer Healthcare AG for Bayer AG.

**IT IS THEREFORE ORDERED** that the Joint Motion is **ALLOWED**, and that Bayer Healthcare AG is substituted for BAYER AG.

Signed: July 2, 2008

David C. Keesler
United States Magistrate Judge